NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL WHITE,                                       )
                                                    )
         Appellant,                               )
                                                    )
v.                                                  )       Case Nos. 2D16-2294
                                                    )                 2D16-2326
STATE OF FLORIDA,                                   )
                                                    )       CONSOLIDATED
         Appellee.                                )
_____ )

Opinion filed April 18, 2018.

Appeal from the Circuit Court for Lee
County; Bruce E. Kyle, Judge.

Howard L. Dimmig, II, Public Defender and
John C. Fisher, Assistant Public Defender,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Jeffrey H. Siegal,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


        Affirmed.


KHOUZAM, LUCAS, and SALARIO, JJ., Concur.